# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SENQUARIUS WILLIAMS,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Civil No.  3:17-cv-01166 |
| ) | Judge Trauger |
| EDDRA HAWKINS,    ) | |
| ) | |
| Defendant.    ) | |

## O R D E R

On May 22, 2018, the magistrate judge issued a Report and Recommendation (DE #25), to which no timely objections have been filed.  The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court.  For the reasons expressed therein, it is hereby ORDERED that the defendant's Motion for Summary Judgment (Docket No. 18) is GRANTED, and this case is DISMISSED with prejudice

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 12th day of June 2018.

_____
ALETA A. TRAUGER
U.S. District Judge